IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RANDY MENDEZ, Individually and on behalf of All Others Similarly Situated, | § § § | |
| PLAINTIFF, | § § | Civil Action No. 5:15-cv-00673-DAE |
| v. | § § | |
| XTREME DRILLING & COIL SERVICES, INC., | § § § § | |
| DEFENDANT. | § § | |

## JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have tentatively entered into a settlement and resolved all claims asserted by Plaintiff in this lawsuit. The parties are in the process of finalizing the settlement documents and expect to file a stipulation of dismissal within three weeks from the filing of this Notice of Settlement.

1

Dated: March 15, 2016                                    Respectfully submitted,

                                                                s/ Emily P. Harbison
                                                                Scott M. Nelson
                                                                 Texas Bar No. 00797145
                                                                 J. Richard Hammett  *(Admission Pending)*
                                                                 Texas Bar No. 24001054
                                                                 Emily P. Harbison
                                                                  Texas Bar No. 24059892
                                                                  Baker & McKenzie LLP
                                                                  700 Louisiana, Suite 3000
                                                                  Houston, Texas 77002-2755
                                                                  Telephone:  (713) 427-5000
                                                                  Facsimile:   (713) 427-5099
                                                                  scott.nelson@bakermckenzie.com
                                                                  jrichard.hammett@bakermckenzie.com
                                                                  emily.harbison@bakermckenzie.com

                                                                  ATTORNEYS FOR DEFENDANT XTREME
                                                                  DRILLING AND COIL SERVICES, INC.


                                                                  s/ Josh Sanford
                                                                  Josh Sanford
                                                                  Texas Bar No. 24077858
                                                                  Sanford Law Firm, PLLC
                                                                  One Financial Center
                                                                  650 S. Shackleford Road, Suite 411
                                                                  Little Rock, Arkansas 72211
                                                                  Telephone: (501) 221-0088
                                                                  Facsimile: (888) 787-2040
                                                                  josh@sanfordlawfirm.com

                                                                  ATTORNEY FOR PLAINTIFF RANDY
                                                                  MENDEZ

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2016, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Josh Sanford
Sanford Law Firm, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

                                                   s/ Emily P. Harbison
                                                   Emily P. Harbison