UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Randy Mendez, | § | |
| | § | |
|    Plaintiff, | § | NO:  SA:15-CV-00673-DAE |
| | § | |
| vs. | § | |
| | § | |
| Xtreme Drilling & Coil Services, Inc., | § | |
| | § | |
|    Defendants. | § | |

## ORDER FOR SETTLEMENT PAPERS

On March 15, 2016 counsel for parties filed a Joint Notice of Settlement (Dkt no. 37).  Accordingly, it is hereby  ORDERED that:

1)  The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Thursday, April 07, 2016**.  <u>If the parties are unable to submit those documents by that date, parties should move for an extension of time to file the documents.</u>

2)   All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents.  These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3)   Any motions pending in this action are DENIED WITHOUT PREJUDICE, subject to reurging should settlement fail.

5)  Any court settings in this case are cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

IT IS SO ORDERED.

DATED: San Antonio, Texas, March 16, 2016.

_____

DAVID A. EZRA

SENIOR U.S. DISTRICT JUDGE